**CHEE MARKHAM & FELDMAN**
Attorneys At Law

| | |
|---|---|
| **GREGORY K. MARKHAM** | **3453-0** |
| **KEITH K. KATO** | **5320-0** |
| **MARI L. TSUKAYAMA** | **9899-0** |

2700 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:  (808)523-0115

Attorneys for Defendant
ASSOCIATION OF APARTMENT OWNERS
OF WAIKIKI SHORE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA CLARKE<br><br>       Plaintiff,<br><br>   vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF WAIKIKI SHORE, INC.; CASTLE RESORTS & HOTELS, INC.<br><br>       Defendants. | Civil No. CV1-16-00064 LEK-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER**<br><br><br>Trial Date:  June 27, 2017 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES**

IT IS HEREBY STIPULATED by and between Plaintiff LINDA

CLARKE and Defendants ASSOCIATION OF APARTMENT OWNERS OF

WAIKIKI SHORE, INC. and CASTLE RESORTS & HOTELS, INC., by and through their respective counsel, that pursuant to Rule 41 (a)(1) of the <u>Federal Rules of Civil Procedure</u>, Plaintiff hereby dismisses any and all claims against Defendants, with prejudice, each party to bear their own fees and costs.

There are no remaining parties and/or issues.

Trial in this matter is currently set for June 27, 2017.

DATED:  Honolulu, Hawaii,   September 19, 2016   .


/s/ Gregory K. Markham
**GREGORY K. MARKHAM**
**KEITH K. KATO**
Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF WAIKIKI SHORE, INC.


DATED:  Honolulu, Hawaii,   September 19, 2016   .


/s/ Lunsford Dole Phillips
**LUNSFORD DOLE PHILLIPS**
Attorney for Plaintiff
LINDA CLARKE


DATED:  Honolulu, Hawaii,   September 19, 2016   .

---

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER in *Linda Clarke v. Association of Apartment Owners of Waikiki Shore, Inc., et al.*; CV 1-16-00064 LEK-KJM in the United States District Court for the District of Hawaii.

      /s/ Gary S. Miyamoto
**CALVIN E. YOUNG**
**GARY S. MIYAMOTO**
Attorneys for Defendant
CASTLE RESORTS & HOTELS, INC.

APPROVED AND SO ORDERED:



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER in *Linda Clarke v. Association of Apartment Owners of Waikiki Shore, Inc., et al.*; CV 1-16-00064 LEK-KJM in the United States District Court for the District of Hawaii.

3